**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Malibu Media, LLC,
*Plaintiff*

       v.	Civil 3:18CV1369 (JAM)

Gian Mantilla
*Defendant*

## DEFAULT JUDGMENT

      This action came on for consideration before the Honorable Jeffrey Alker Meyer, United States District Judge, as a result of plaintiff's Motion for Default Entry pursuant to Fed. R. Civ. P. 55(a.)   On May 30th, 2019, default entered as to the defendant.   The plaintiff then filed a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b), which was granted on November 20th, 2020, ordering that judgment enter for the plaintiff. The Court awards Malibu Media statutory damages of $3,750 against defendant Mantilla under 17 U.S.C. § 504(c), and $400 in costs for the suit pursuant to 17 U.S.C. § 505. Therefore, it is;

      ORDERED, ADJUDGED, and DECREED that judgment is entered for the plaintiff, against the defendant, Gian Mantilla, and the case is closed.

      Dated at New Haven, Connecticut this 23rd day of November 2020.

                                                            ROBIN D. TABORA, Clerk

                                                           By_____/s/_____
                                                           Tiffany Nuzzi
                                                           Deputy Clerk

EOD: 11/23/2020